IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SARAH STEBBEDS,

          Plaintiff,

v.

Case No.: 3:23-cv-468-jdp

MICHELLE A. KING,
Acting Commissioner of Social Security,

          Defendant.

## ORDER ON FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This matter coming before the court on the motion of the plaintiff parties' stipulation to award fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and the court being fully advised:

> Plaintiff is awarded $10,000 for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.
>
> Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to Konoski & Partners, P.C. pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

Konoski & Partners, P.C.
180 Tices Lane
Suite 204, Bldg. A
East Brunswick, NJ 08816


SO ORDERED this __4TH__ day of February 2025.


_____
Honorable James D. Peterson
United States District Judge